UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERRY L. SCRUGGS,

    Plaintiff,

v.                              CASE NO. 3:24-cv-49-HES-MCR

CLERK OF STATE COURT
HAROLD R. BANKE
JUSTICE CENTER,

    Defendants.
_____/

## ORDER

This matter is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 4) which recommends this action be dismissed because Plaintiff failed to diligently prosecute this case and/or failed to respond to an order to show cause. No objections were filed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 4) is **ADOPTED**;

2. This action be **DISMISSED without prejudice**; and

3. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of March 2024.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Gerry L. Scruggs, *Pro Se*